**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE MATTER OF THE REPORT AND   :   No. 13 WAL 2017
RETURN OF CHRISTINE L. KRZYSIAK,   :
DIRECTOR OF THE CRAWFORD   :
COUNTY TAX CLAIM BUREAU OF THE   :   Petition for Allowance of Appeal from
PUBLIC SALE OF LANDS AND   :   the Order of the Commonwealth Court
PROPERTIES, ADVERTISED TO BE   :
HELD THE 25TH DAY OF SEPTEMBER,   :
2015   :
  :
  :
PETITION OF: DENIS BUBNA   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2017, the Petition for Allowance of Appeal is

**DENIED**.